# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 07-CR-1959

KENNTH W. GOBBS,

    Defendant.

## ORDER FOR PSYCHIATRIC
## EXAMINATION & COMPETENCY EXAMINATION

On August 23, 2007, the defendant moved for a psychiatric examination and competency hearing pursuant to 18 U.S.C. § 4241. Based upon the representations made by counsel for the defendant, and pursuant to 18 U.S.C. §§ 4241(a), and 4242(a), the Court finds that there is reasonable cause to believe that the defendant presently may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, to assist properly in his defense, or the defendant may have been suffering from a mental disease at the time of the offense.

Based upon that finding, and pursuant to 18 U.S.C. § 4241, and § 4247(b) and (c),

**IT IS HEREBY ORDERED** that:

    1. A hearing will be held to determine the mental competency of the defendant.

    2. In anticipation of the competency hearing, a psychiatric examination and evaluation of the defendant will be undertaken to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand

the nature and consequences of the proceedings against him, to assist properly in his defense, or whether the defendant was suffering from a mental disease at the time of the offense.

     3. To facilitate the examination and evaluation on an outpatient basis, the United States Probation Office shall direct the defendant to report, within thirty days, to Dr. James A. Armentrout, located at 303 Pearl Ave., Oshkosh, Wisconsin, at a specified date and time as arranged by their office.

Upon completion of the examination and evaluation of the defendant, a psychiatric report is to be filed with the Court and distributed to the parties.

     4. Any period of delay resulting from the examination and evaluation of the defendant shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).

     **SO ORDERED**.

     Dated this 14th day of September, 2007.

<u>James R. Sickel</u>
James R. Sickel
United States Magistrate Judge